WILLIAM K. JENNE, Respondent, v. FRANKLIN'S INCORPORATED, Appellant.

*Jenne* v. *Franklin's Incorporated,* 177 App. Div. 950, affirmed.

(Argued June 3, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover money alleged to have been advanced by plaintiff to defendant under an agreement for repayment on December 14, 1914. The defendant, in its answer, admitted that it received for its use and benefit, at the times stated, the sums respectively mentioned in the complaint, and that, although demanded, no part of said sums has been repaid except the interest as alleged, and denied any agreement to repay said sums on December 14, 1914, but alleged that plaintiff, in consideration of the

money advanced, had received notes of the defendant which were not due until September 14, 1915.

*William H. Griffin* and *George D. Zahm* for appellant.

*A. M. Mills* and *Arleigh D. Richardson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.